**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JACQUELINE ESPINOSA,

                Plaintiff,                22 **CIVIL** 9638 (JLC)

      -v-                                         **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 21, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision.

**Dated:** New York, New York
           August 22, 2023

                                                                            **RUBY J. KRAJICK**
                                                                           **Clerk of Court**

                                              **BY:**     *K. Mango*

                                                                           **Deputy Clerk**